IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MELVIN J. HOWARD,  3:13-cv-01111-ST

        Plaintiff, ORDER

v.

MAXIMUS, INC., d/b/a MAXIMUS,
CANADA, INC., d/b/a THEMIS
PROGRAM MANAGEMENT &
CONSULTING LTD.; STEVE
KITCHER, in his individual
capacity; and JOANNE PLATT,
in her individual capacity,

        Defendants.


**MELVIN J. HOWARD**
22751 N.E. Halsey St.
Suite 51
Fairview, OR 97024
(503) 317-409

        Plaintiff, *Pro Se*

1 - ORDER

**JOANNA T. PERINI-ABBOTT**
**ROBERT L. ALDISERT**
Perkins Coie, LLP
1120 N.W. Couch Street
10th Floor
Portland, OR 97209-4128
(503) 727-2000
(503) 727-2056

        Attorneys for Defendant
        Maximus, Inc.

**BROWN, Judge.**

Magistrate Judge Janice M. Stewart issued Findings and Recommendation (F&R) (#42) on May 6, 2014, in which she recommends the Court grant Defendant Maximus, Inc.'s Motion (#36) to Dismiss Plaintiff's First Amended Complaint. Plaintiff filed timely Objections to the Findings and Recommendation. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

### I. Portions of the Findings and Recommendation to which Plaintiff Does Not Object

Plaintiff does not object to the portions of the Findings and Recommendation in which the Magistrate Judge dismisses with prejudice Plaintiff's "Piercing the Corporate Veil" claim.[1] The Court, therefore, is relieved of its obligation to review the record *de novo* as to these portions of the Findings and

---

[1] This is the Seventh Cause of Action in Plaintiff's First Amended Complaint. As noted by the Magistrate Judge, the First Amended Complaint does not contain a "Sixth Cause of Action".

2 - ORDER

Recommendation.  *See Shiny Rock Min. Corp v. U.S.*, 825 F.2d 216, 218. (9th Cir. 1987).  *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983).

Having reviewed the legal principles *de novo*, the Court does not find any error in these portions of the Findings and Recommendation.

**II.  Portions of the Findings and Recommendation to which Plaintiff Objects**

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report.  28 U.S.C. § 636(b)(1).  *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*); *United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988).

**A.  Plaintiff's First through Fifth Claims**

Plaintiff appears to object to the Magistrate Judge's Findings and Recommendation in which the Magistrate Judge concludes Plaintiff's First through Fifth "Causes of Action" should be dismissed with prejudice and reiterates the arguments contained in his Opposition (#40) to Defendant's Motion to Dismiss Amended Complaint.  This Court has carefully considered Plaintiff's Objections and concludes they do not provide a basis to modify these portions of the Findings and Recommendation.  The Court also has reviewed the pertinent portions of the record *de*

3 - ORDER

*novo* and does not find any error in the Magistrate Judge's Findings and Recommendation with respect to Plaintiff's First through Fifth Causes of Action.

**B.    Failure to Join a Necessary Party**

In the Findings and Recommendation the Magistrate Judge also addresses Defendant's alternative argument that Plaintiff's claims should be dismissed for failure to join required parties. The Magistrate Judge concludes "even if [Plaintiff] stated a viable claim, this case should be dismissed pursuant to FRCP 12(b)(7)." F&R at 13. Although the Court need not address Defendant's alternative argument because the Court concludes Plaintiff's claims should be dismissed on other grounds as recommended by the Magistrate Judge, the Court does not find any error in ths portion of the F&R.

## CONCLUSION

The Court **ADOPTS** that portion of Magistrate Judge Stewart's Findings and Recommendation (#42) in which she recommends the Court **GRANT** Defendant Maximus Inc.'s Motion (#36) to Dismiss

4 - ORDER

Plaintiff's First Amended Complaint and **DISMISSES** this matter **with prejudice.**

    IT IS SO ORDERED.

    DATED this 6th day of August, 2014.

                                   /s/ Anna J. Brown

                                   _____
                                   ANNA J. BROWN
                                   United States District Judge